BLUM, Appellant, *v.* PATTERSON, Marshal, Respondent.

*(Common Pleas of New York City and County, General Term.* June 29, 1892.)

Appeal from fourth district court.
Action by John Blum against Daniel Patterson, marshal, etc.
Argued before BISCHOFF and GIEGERICH, JJ.
*A. H. Sarasohn,* for appellant.   *S. Mullen,* for respondent.
No opinion. Judgment affirmed, with costs.

---

COHEN, Respondent, *v.* MASSEY, Appellant.

*(Common Pleas of New York City and County, General Term.* June 29, 1892.)

Appeal from seventh district court.
Action by Adolph Cohen against Arthur G. Massey.
Argued before BISCHOFF and GIEGERICH, JJ.
*L. Bronner,* for respondent.
No opinion. Judgment affirmed, by default, with costs.